**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-08298-001-PCT-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| DaNeil Francis Wilson, II, | |
| Defendant. | |

The Court has considered Defendant's Motion to Modify Conditions of Release (Doc. 11) and the Government's Response (Doc. 12).

The Court finds that the Defendant has failed to provide new information that was not known at the time of his detention hearing as required by 18 U.S.C. § 3142(f)(2)(B), nor does the information presented have a material bearing on whether conditions of release exist that will reasonably ensure the appearance of Defendant at future hearings and the safety of any other person or the community. Therefore, Defendant has failed to meet his burden of proof to reopen his detention hearing.

IT IS ORDERED denying Defendant's Motion to Modify Conditions of Release (Doc. 11).

Dated this 29th day of November, 2018.

Honorable Eileen S. Willett
United States Magistrate Judge